**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARMAN S., | Case No.: 1:25-cv-00801-KES-SKO (HC) |
| Petitioner, | SUPPLEMENTAL FINDINGS AND RECOMMENDATIONS TO GRANT PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| TONYA ANDREWS, Administrator of Golden State Annex Detention Facility, POLLY KAISER, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office, TODD LYONS, Acting Director of United States Immigration and Customs Enforcement, KRISTI NOEM, Secretary of the United States Department of Homeland Security, and PAMELA BONDI, Attorney General of the United States, | |
| Respondents. | |

On February 3, 2026, the Court issued Findings and Recommendations to grant the petition. (Doc. 27.) On February 24, 2026, both parties filed objections. (Docs. 28, 29.) In light of the objections, the Court issues the following supplement to the Findings and Recommendations.

In Petitioner's objections, Petitioner requests clarification of the type of hearing Petitioner was entitled concerning his re-detention. As discussed in the body under the heading III.B. and consistent with the order granting preliminary injunction, the Court found that Petitioner should have been provided a *pre*-deprivation hearing prior to re-detention. In their objections, Respondent contend that

1

the Court should either deny the petition or stay any decision on the petition until the Ninth Circuit issues its ruling in Rodriguez Vasquez v. Bostock, et al., Ninth Circuit Case No. 25-6842.

The Court recommends against staying proceedings since the law in this district is clear. The Court has repeatedly rejected Respondent's statutory interpretation, as have the majority of other courts that have addressed the issue.

IT IS SO ORDERED.

Dated:   **March 8, 2026**                          /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE